UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIP BOWERS, et al,<br><br>    Defendant. | No. C04-5456RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Notice of Appeal of Magistrate Judge Karen L. Strombom's Order (Dkt. #38) Denying Plaintiff's "Writ of Prohibition".

Having considered the entirety of the records and file herein, the Court rules as follows:

This matter has been referred to the Magistrate Judge under 28 U.S.C. §636. Under Fed.R.Civ.P. 72(a), the non-dispositive order of a magistrate judge to whom a matter has been referred for pretrial matters may be reviewed by the district court upon the objection of a party. The court construes Mr. Johnson's "appeal" in this instance to be such an objection.

The Magistrate Judge's reasoning and ruling on Johnson's "Writ of Prohibition" was and is correct. The Magistrate Judge's findings that plaintiff is receiving his legal mail (when he chooses

- 1

1  to) and that he is able to file motions despite his claim of a hand injury are supported by substantial

2  evidence.  Furthermore, the Magistrate Judge correctly found that plaintiff is not entitled to

3  injunctive relief as against non-parties.  It is therefore

4      ORDERED that plaintiff's "appeal" (Dkt. #39) is DENIED.

5      The clerk of the court is instructed to send uncertified copies of this Order to all counsel of

6  record and to any party appearing pro se.

7      DATED this 12th day of APRIL 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

- 2