UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER JOHNSON,

        Plaintiff,

  v.

PHILIP BOWERS, *et al*,

        Defendants.

CASE NO.    C04-5456RBL

ORDER

    The Court, having reviewed defendants' motion for summary judgment (Dkt. #43), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' motion is GRANTED;

(3)    Plaintiff's complaint and all other motions currently pending before the Court are hereby DISMISSED; and

(4)    The Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 24th day of June, 2005.

                                /s/ Ronald B. Leighton
                                RONALD B. LEIGHTON
                                UNITED STATES DISTRICT JUDGE